**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Colette M. Jones** | Social Security number or ITIN  **xxx–xx–3257** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ |
| | | EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Northern District of Illinois** | Date case filed for chapter  **7**   **1/23/20** |
| Case number: | **20–01967** | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Colette M. Jones | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 8432 S. Dorchester<br>Chicago, IL 60619 | |
| 4. | **Debtor's attorney**<br>Name and address | David M Siegel<br>David M. Siegel & Associates<br>790 Chaddick Drive<br>Wheeling, IL 60090 | Contact phone 847 520–8100<br>Email: davidsiegelbk@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Gregg Szilagyi<br>209 S LASALLE ST<br>Suite 950<br>Chicago, IL 60604 | Contact phone 312–663–0801<br>Email: gs@tailserv.com |

**For more information, see page 2 >**

Official Form 309A (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                                                                    page 1

| 6. **Bankruptcy clerk's office** Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | Eastern Division 219 S Dearborn 7th Floor Chicago, IL 60604 | Hours open: 8:30 a.m. until 4:30 p.m. except Saturdays, Sundays and legal holidays. Contact phone 1–866–222–8029 Date: 1/24/20 |
|---|---|---|
| 7. **Meeting of creditors** Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **March 6, 2020 at 02:00 PM** The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. **Debtors must bring a picture ID and proof of their Social Security Number.** | Location: **219 South Dearborn, Office of the U.S. Trustee, 8th Floor, Room 800, Chicago, IL 60604** |
| 8. **Presumption of abuse** If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| 9. **Deadlines** The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:** **You must file a complaint:** • if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or • if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6). **You must file a motion:** • if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 5/5/20** |
| | **Deadline to object to exemptions:** The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| 10. **Proof of claim** Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 11. **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| 12. **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
Northern District of Illinois

In re:
Colette M. Jones
     Debtor

Case No. 20-01967-TAB
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: nbatson              Page 1 of 2                  Date Rcvd: Jan 24, 2020
                              Form ID: 309A              Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 26, 2020.
```
db            +Colette M. Jones,    8432 S. Dorchester,    Chicago, IL 60619-6433
28573782       Blue Trust Loans,    D/B/A Humming Bird Funds, LLC,    9700 North County Road K, Ste. 3,
                Hayward, WI 54843
28573783      +Cash Advance,    656 W. Highway 173,    Antioch, IL 60002-1438
28573784       City of Chicago Dept. of Revenue,    Camera Enforcement Violation,    PO Box 88292,
                Chicago, IL 60680-1292
28573785      +City of Chicago Parking,    Department of Finance,    PO Box 6330,    Chicago, IL 60680-6330
28573789       EZ Money Loans, INC,    706 S. Spring St.,    Los Angeles, CA 90014
28573793      +Payday Loan,    1551 Plainfield,    Joliet, IL 60435-4498
28573795      +Secretary of State,    Attn: Bankruptcy Department,    PO Box 7848,    Madison, WI 53707-7848
28573796       Secretary of State License Renewal,    3701 Winchester Road,    Springfield, IL 62707-9700
28573798      +SpotLoan,    P.O. Box 720,    Belcourt, ND 58316-0720
28573799      +Tan Oak Lending,    621 Medicine Way,    Ukiah, CA 95482-8136
28573800       Village of Crestwood,    Red Light Violation,    PO Box 6131,    Carol Stream, IL 60197-6131
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty            E-mail/Text: davidsiegelbk@gmail.com Jan 25 2020 01:42:13      David M Siegel,
                David M. Siegel & Associates,    790 Chaddick Drive,    Wheeling, IL  60090
tr            +EDI: QGSZILAGYI.COM Jan 25 2020 06:28:00      Gregg Szilagyi,    209 S LASALLE ST,    Suite 950,
                Chicago, IL 60604-1219
28573779      +EDI: ACECASHXPRESS.COM Jan 25 2020 06:28:00      Ace Cash Service,    1231 Greenway Drive,
                Suite 600,    Irving, TX 75038-2511
28573780      +E-mail/Text: bankruptcy@ldf-holdings.com Jan 25 2020 01:44:28      Amplify Funding,    PO Box 542,
                Lac Du Flambeau, WI 54538-0542
28573781      +EDI: PHINHARRIS Jan 25 2020 06:28:00      Arnold Scott Harris, P.C.,
                111 W. Jackson Blvd. Ste. 600,    Chicago, IL 60604-3517
28573786      +E-mail/Text: shornbeck@peritusservices.com Jan 25 2020 01:44:31      Complete Credit Solutions,
                2921 Brown Trl Ste. 100,    Bedford, TX 76021-4174
28573787      +EDI: CONVERGENT.COM Jan 25 2020 06:28:00      Convergent Outsourcing,    800 Sw 39th St,
                Renton, WA 98057-4927
28573788      +EDI: NAVIENTFKASMDOE.COM Jan 25 2020 06:28:00      Dept Of Ed/navient,    Po Box 9635,
                Wilkes Barre, PA 18773-9635
28573790      +E-mail/Text: INFO@COLLECTIONBIZ.COM Jan 25 2020 01:44:21      Lou Harris Company,
                1040 S Milwaukee Ave Ste,    Wheeling, IL 60090-6375
28573791      +E-mail/Text: opportunitynotices@gmail.com Jan 25 2020 01:44:01      Opploans,
                130 E Randloph St.,    Ste 3400,    Chicago, IL 60601-6379
28573792      +E-mail/Text: opportunitynotices@gmail.com Jan 25 2020 01:44:01      Opportunity Financial,
                11 E. Adams St., #501,    Chicago, IL 60603-6333
28573797      +EDI: SWCR.COM Jan 25 2020 06:28:00      Southwest Credit Systems,    4120 International Pkwy.,
                Carrollton, TX 75007-1958
                                                                                              TOTAL: 12

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
28573794     ##+Receivables Mgmt Partn,    2250 E Devon Ave Ste 352,    Des Plaines, IL 60018-4521
                                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 26, 2020                           Signature:  /s/Joseph Speetjens

```
District/off: 0752-1            User: nbatson              Page 2 of 2              Date Rcvd: Jan 24, 2020
                                Form ID: 309A              Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 24, 2020 at the address(es) listed below:
              David M Siegel    on behalf of Debtor 1 Colette M. Jones davidsiegelbk@gmail.com,
               R41057@notify.bestcase.com;johnellmannlaw@gmail.com
              Gregg   Szilagyi    gs@tailserv.com,   gszilagyi@ecf.axosfs.com;gszilagyi@epiqtrustee.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                           TOTAL: 3
```